Merrimack, }
Dec., 1899. }

BROWN, *Ex'r*, v. BROWN *& a.*

BILL IN EQUITY, by the executor of the will of Lurana C. Brown, for direction in the execution of his trust. Facts agreed. After a clause disposing of the remainder of the estate in trust, the will provides as follows: "And it is my wish that the real estate . . . on North Main street in said Concord be retained by my executor as the investment of the principal of said trust so long as the same may be expedient in a judicious administration of my estate." The executor asks if he has authority under this provision to mortgage this real estate to raise money to pay debts.

*Leach & Stevens*, for the executor.

*Defendants, pro se.*

PIKE, J. The provision of the will does not authorize the executor to mortgage the real estate. The testatrix's wish that certain real estate be retained "so long as the same may be expedi-

ent in a judicious administration " of her estate was simply a request that her executor should defer a sale (P. S., c. 194) so long as practicable under the law relating to the settlement of estates.

*Case discharged.*

All concurred.